# Order

Michigan Supreme Court
Lansing, Michigan

May 20, 2015

Robert P. Young, Jr.,
Chief Justice

150200

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

GARY GAY and TAMMY GAY,
            Plaintiffs-Appellants,

v

SC: 150200
COA: 315868
Clinton CC: 11-010896-CH

FANNIE MAE and EVERHOME
MORTGAGE COMPANY,
            Defendants-Appellees.

_____/

On order of the Court, the application for leave to appeal the August 26, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2015



Clerk

d0513p